UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO: 3:01-bk-03617-JAF

JOHN E. WALL, III,

    Debtor.

## NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT

The Chapter 7 trustee, Aaron R. Cohen, has made a diligent effort to locate the following creditor but has not been able to locate the claimant.

| Claim No. | Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 20 | B.W. and Gladys Deese<br>c/o Steven P. Bacon, Esquire<br>501 SE 12th Street<br>Ft. Lauderdale, FL 33316 | $67,314.00 | $41.61 |

A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602.

DATED: March 10, 2010.

                         /s/ Aaron R. Cohen

                         Aaron R. Cohen
                         PO Box 4218
                         Jacksonville, FL 32201
                         (904) 389-7277 / (904) 389-7273 fax
                         Florida Bar No. 558230
                         Chapter 7 Trustee

I CERTIFY that a copy of the foregoing was furnished by CM/ECF notice to the Office of the US Trustee and by U.S. Mail, postage prepaid, this 10 day of March 2010 to the following:

John E. Wall, III
10753 Meadowlea Drive
Jacksonville, FL 32218

B.W. and Gladys Deese
c/o Steven P. Bacon, Esquire
501 SE 12th Street
Ft. Lauderdale, FL 33316

Christopher R DeMetros
Lansing J. Roy P.A.
P.O. Box 10399
Jacksonville, FL 32247-0399

    /s/ Aaron R. Cohen

    _____
    Aaron R. Cohen